```
 1  ROBERTA L. STEELE, SBN 188198 (CA)
    MARCIA L. MITCHELL, SBN 18122 (WA)
 2  MARIKO M. ASHLEY, SBN 311897 (CA)
    U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
 3  San Francisco District Office
    450 Golden Gate Ave., 5th Floor West
 4  P.O. Box 36025
    San Francisco, CA  94102
 5  Telephone No. (650) 684-0934
    Fax No. (415) 522-3425
 6  marcia.mitchell@eeoc.gov

 7  Attorneys for Plaintiff EEOC
```

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ABC Phones of North Carolina, Inc. d/b/a Victra<br><br>Defendant. | Case Number<br>3:24-cv-00444-MMD-CLB<br><br>*Order Granting Motion to Admit Government Attorney Mariko M. Ashley And Proposed Order* |

The United States Equal Employment Opportunity Commission ("EEOC") hereby moves, pursuant to LR IA 11-3, for the admission of MARIKO M. ASHLEY to the Bar of this Court for the purpose of representing the EEOC, an agency of the federal government, during the period of her employment by the EEOC as an attorney. Ms. Ashley will enter an appearance in this action on behalf of the EEOC.

Ms. Ashley has been a licensed attorney since December 2016. Ms. Ashley is a member in good standing of the California State Bar (Bar # 311897). Since August 2022, Ms. Ashley has been employed by the United States Equal Employment Opportunity Commission. She currently holds the position of Trial Attorney and her office is in San Francisco, California.

LR IA 11-3 provides that, "Unless the court orders otherwise, any attorney who is a

member in good standing of the highest court of any state, commonwealth, territory or the District of Columbia, who is employed by the United States as an attorney and has occasion to appear in this court on behalf of the United States, is entitled to be permitted to practice before this court during the period of employment upon motion by the employing federal entity, the United States Attorney, the United States Trustee's Office, or the Federal Public Defender for this district or one of the assistants."

It is respectfully requested that an Order be issued permitting Mariko M. Ashley to practice before this Court during the period of her employment by the EEOC as an attorney. It is anticipated that Ms. Ashley will enter an appearance in this action on behalf of the EEOC.

Respectfully submitted,

Dated: October 1, 2024

| | |
|---|---|
| ROBERTA STEELE<br>Regional Attorney | KARLA GILBRIDE<br>General Counsel |
| MARCIA L. MITCHELL<br>Assistant Regional Trial Attorney | CHRISTOPHER LAGE<br>Deputy General Counsel |
| BY: /s/ Marcia L. Mitchell | Office of the General Counsel<br>131 M Street, N.E.<br>Washington, D.C. 20507 |
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>San Francisco District Office<br>450 Golden Gate Ave., 5th Floor West<br>P.O. Box 36025<br>San Francisco, CA 94102<br>Telephone (650) 684-0943<br>mariko.ashley@eeoc.gov | |

*Attorneys for Plaintiff EEOC*

IT IS SO ORDERED:

Date: October 3, 2024

HON. MIRANDA M. DU
United States District Court Judge