ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0943
Fax No. (415) 522-3425
mariko.ashley@eeoc.gov

*Attorneys for Plaintiff EEOC*

[Additional Counsel Listed on Signature Block]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ABC Phones of North Carolina, Inc. d/b/a Victra<br><br>Defendant. | Case No. 3:24-cv-00444-MMD-CLB<br><br>**ORDER GRANTING STIPULATED MOTION TO STAY DISCOVERY**<br><br>**(SECOND REQUEST)** |

1       Per ECF No. 25, and ECF No. 30, Plaintiff U.S. Equal Employment Opportunity Commission ("EEOC") and Defendant ABC Phones of North Carolina, Inc. d/b/a Victra ("Victra") by and through their counsel (together, the "Parties"), submit this stipulation and respectfully request an order to stay discovery for a period of 30 days, for a second time.

      As reflected in ECF No. 25 and ECF No. 30, the Parties reached a tentative agreement to resolve this matter on Tuesday, March 5, 2025, at the Early Neutral Evaluation before Magistrate Judge Craig S. Denney.

      The Parties appeared before Judge Craig S. Denney on April 3, 2025, for a status conference regarding the March 5, 2025 Early Neutral Evaluation and the Parties' progress with negotiating the terms of an agreement. The Parties updated the Court and explained they need additional time to continue those discussions. EEOC proposed another status conference in 30-days to provide time to review the proposed agreement. ABC Phones agreed with that request, and the Parties also agreed that a second 30-day stay of discovery would be appropriate to allow the Parties to focus on the negotiations.

      The Parties will appear before Judge Craig S. Denney on May 9, 2025 to provide a further update on their negotiations.

      This is the Parties' second stipulation to stay discovery.

      Good cause exists to stay discovery. *Gibson v. MGM Resorts International*, No. 2:23-cv-00140-MMD-DJA, 2023 WL 4455726, at *3 (D. Nev. July 11, 2023); *see also Little v. City of Seattle*, 863 F.2d 681, 685 (9th Cir. 1988) (District courts have wide discretion in controlling discovery, and rulings to stay discover will not be overturned unless there is a clear abuse of discretion). A stay will promote judicial economy and efficiency by allowing the Parties to continue their discussions and finalize a resolution in good faith without incurring undue burden or expense.

      All current discovery deadlines, including the deadline to submit an ESI Protocol (which was March 21, 2025), EEOC's deadline to respond to ABC Phones written discovery, and the deadlines contained in the Second Discovery Plan and Proposed Scheduling Order (ECF No. 18) be suspended during the pendency of the discovery stay. If the Parties are unable to agree upon

1 | additional terms to resolve this matter, they will file a Third Discovery Plan and Proposed
2 | Scheduling Order for the Court's approval.
3 |     The Parties submit this stipulation in good faith and not for the purpose of delay or
4 | prejudice to any party.
5 | Respectfully submitted,
6 | Dated: April 7, 2025

BY: /s/ Mariko Ashley
    MARIKO ASHLEY
    Senior Trial Attorney

MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA 94102
Telephone No. (650) 684-0943
Fax No. (415) 522-3425
mariko.ashley@eeoc.gov

*Attorneys for Plaintiff EEOC*

BY: /s/Suzanne L. Martin
    SUZANNE L. MARTIN

Suzanne L. Martin
Nevada Bar No. 8833
OGLETREE DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702-369-6800
Fax: 702-369-6888

*Attorneys for Defendant, ABC Phones of North Carolina, Inc. d/b/a/ Victra*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE
HON. CARLA BALDWIN

DATED: _____April 8, 2025_____