Suzanne L. Martin
Nevada Bar No. 8833
suzanne.martin@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702-369-6800
Fax: 702-369-6888

*Attorney for Defendant ABC Phones of North Carolina, Inc. d/b/a/ Victra*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>ABC PHONES OF NORTH CAROLINA, INC. D/B/A VICTRA,<br><br>Defendant. | Case No.: 3:24-cv-00444- MMD-CLB<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE STIPULATION FOR DISMISSAL** |

Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff") and Defendant ABC Phones of North Carolina, Inc. d/b/a Victra ("Defendant") (jointly referred to as the "Parties") hereby submit this stipulation and respectfully request an Order to extend the deadline to file a Stipulation for Dismissal from August 6, 2025, to August 7, 2025 as per ECF No. 46.

The Parties were working to proof-read, confirm accurate cross references in the Consent Decree, and discussing other minor language and technical formatting issues, hence the delay.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

1. This request is made in good faith, and is not for purposes of delay.

DATED this 7th day of August, 2025.

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

*/s/ Roberta L. Steele*
Roberta L. Steele
California Bar No.188198
San Francisco District Office
450 Golden Gate Ave, 5-West
POB 36025
San Francisco, California 94102
*Attorney for Plaintiff*

DATED this 7th day of August, 2025.

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

*/s/ Suzanne L. Martin*
Suzanne L. Martin
Nevada Bar No. 8833
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
*Attorney for Defendant.*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

August 7, 2025
_____
DATE