```
ROBERTA L. STEELE, SBN 188198 (CA)
MARCIA L. MITCHELL, SBN 18122 (WA)
MARIKO M. ASHLEY, SBN 311897 (CA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
450 Golden Gate Ave., 5th Floor West
P.O. Box 36025
San Francisco, CA  94102
Telephone No. (650) 684-0939
Fax No. (415) 522-3425
roberta.steele@eeoc.gov
```

*Attorneys for Plaintiff EEOC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>ABC Phones of North Carolina, Inc. d/b/a Victra<br><br>Defendant. | Case No. 3:24-cv-00444-MMD-CLB<br><br>**ORDER ENTERING CONSENT DECREE** |

The Court, having considered the proposed Consent Decree submitted by Plaintiff U.S. Equal Employment Opportunity Commission (EEOC) and Defendant ABC Phones of North Carolina, Inc. d/b/a Victra, filed concurrently herewith, HEREBY ORDERS THAT the Consent Decree be, and hereby is, approved as the final decree of this Court in full settlement of Plaintiff EEOC's claims. The EEOC's complaint is hereby dismissed with prejudice and without costs or attorneys' fees.  The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein until it expires according to its terms.

IT IS SO ORDERED.

Dated: August 8, 2025

_____
HON. MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

Respectfully submitted on August 7, 2025

| | |
|---|---|
| BY: /s/ Roberta L. Steele<br>ROBERTA L. STEELE<br>Regional Attorney<br><br>MARCIA L. MITCHELL<br>Assistant Regional Attorney<br><br>MARIKO ASHLEY<br>Senior Trial Attorney<br><br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>San Francisco District Office<br>450 Golden Gate Ave., 5th Floor West<br>P.O. Box 36025<br>San Francisco, CA 94102<br>roberta.steele@eeoc.gov<br>(650) 684-0939 | ANDREW ROGERS<br>Acting General Counsel<br><br>CHRISTOPHER LAGE<br>Deputy General Counsel<br><br>GWENDOLYN YOUNG REAMS<br>Associate General Counsel<br><br>U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION<br>Office of the General Counsel<br>131 "M" Street NE, 5th Floor<br>Washington, D.C. 20507 |

*Attorneys for Plaintiff EEOC*


BY: /s/Suzanne L. Martin
SUZANNE L. MARTIN

Suzanne L. Martin
Nevada Bar No. 8833
OGLETREE DEAKINS, NASH, SMOAK & STEWART, P.C.
10801 W. Charleston Blvd., Suite 500
Las Vegas, NV 89135
Telephone: 702-369-6800
Fax: 702-369-6888

*Attorneys for Defendant, ABC Phones of North Carolina, Inc. d/b/a/ Victra*

# EXHIBIT A

Case 3:24-cv-00444-MMD-CLB    Document 52    Filed 08/08/25    Page 3 of 4

# NOTICE TO APPLICANTS AND EMPLOYEES

This Notice has been posted pursuant to the Consent Decree entered in the matter of *U.S. Equal Employment Opportunity Commission v. ABC Phones of North Carolina, Inc d/b/a Victra* ("Victra"), Case Number 3:24-cv-00444-MMD-CLB, which was filed in the United States District Court for the District of Nevada. The Consent Decree resolved litigation surrounding disputed allegations of sex discrimination, pregnancy discrimination and disability discrimination.

Federal law requires that there be no discrimination against any employee or applicant on the basis of that individual's age, race, color, religion, national origin genetic information, sex, pregnancy, or disability, including a record of or perceived disability, with respect to hiring, promotion, demotion, terms and conditions of employment, and/or termination.

Federal law prohibit retaliation against any applicant or employee who complained of discrimination, cooperates with the investigation of a discrimination complaint, or participates as a witness or potential witness in a discrimination investigation or legal proceeding, or otherwise exercises their rights under the law.

It is the policy of Victra to comply with all provisions of Federal discrimination law, including but not limited to Title VII of the Civil Rights Act of 1964, as amended by the Pregnancy Discrimination Act, and the Americans with Disabilities Act. Victra will maintain policies, and will review and revise its existing policies, as necessary, to ensure compliance with Federal laws prohibiting discrimination and retaliation. Any Victra employee who is found to have violated Victra's policies prohibiting discrimination or retaliation will be subject to discipline up to and including termination.

If you have any complaints of discrimination or retaliation, you report it to: (1) the HR Hotline (919-325-2160); (2) SpeakUp@victra.com; (3) a Human Resources representative; or (4) by submitting a ticket in Vision. Employees also have the right to submit complaints of discrimination to any office of the U.S. Equal Employment Opportunity Commission, which can be located online at https://publicportal.eeoc.gov/ or by phone at 1.800.669.4000.

This notice shall remain prominently posted at all facilities until _____, 20___. This Official Notice shall not be altered, defaced, covered or obstructed by any other material.